SCANNED at WVCF and Emailed on 10-23-19 by JGK - 2 pages.
(date) (initials) (num)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

FILED
3:35 pm, Oct 23, 2019
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Laura A. Briggs, Clerk

JAMES WEBB, )
   Plaintiff, )
)
v. ) CAUSE NO.: 2:18-CV-00472-JPH-DLP
)
RICHARD BROWN, )
   Defendant. )

## PLAINTIFFS' MOTION TO DENY DEFENDANTS MOTION TO VACATE THE DISPOSITIVE MOTION DEADLINE

Plaintiff, pro se, James Webb, respectfully request that the Court deny the Defendants' Motion to Vacate the Deadline in this matter as stated above. In support I state as follow:

1. The Defendant has refused to turn over discovery of the grievances.

2. The Defendant keeps incorrectly stating that my complaint is about ladder-less bunk beds in "prisons", when

It is clear that my complaint is about how dangerous it is to get in and out of the top bunk on the southside of WVCF, without a ladder and thats why there are ladder on the northside of the prison. As stated by the un-name previous Warden, see: Defendants Discovery.

3. The defendant is not asking for a extension of time, but not being required to file the Dispositive motion at "All".

For the reasons stated above, I ask that the motion to vacate be denied, and order the Defendant to file the Dispositive Motion.

Respectfully submitted,
James Webb, Pro se
Plaintiff.    10-23-19

CERTIFICATE OF SERVICE

E-filing Program    10-23-19